Dismissed and Opinion filed December 12, 2002









Dismissed and Opinion filed December 12, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00835-CR

____________

 

EX
PARTE TERESA WATERS

 



 

On
Appeal from the 338th District Court

Harris
County, Texas

Trial
Court Cause No. 916,683

 



 

O
P I N I O N

Appellant filed a pre-trial application for writ of habeas
corpus in the trial court seeking a bond reduction.  The trial court denied relief and appellant
sought review in this Court.  On November
20, 2002, the State filed a motion to dismiss this appeal as moot.  In the motion, the State contends the appeal
is moot because the underlying case pending against appellant in which a bail reduction was sought was dismissed on November
12, 2002.  We agree that this renders the
issue of pre-trial bond moot. 
Accordingly, we dismiss appellant=s appeal.  

PER CURIAM

Judgment rendered and Opinion
filed December 12, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.3(b).